**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, ex rel., | ) | |
| JEREMIAH W. NIXON, Missouri | ) | |
| Attorney General, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4297-CV-C-SOW |
| | ) | |
| LARRY GADDY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review and consideration, it is

ORDERED that defendant Larry Gaddy's motion to vacate, treated as a motion for reconsideration, is denied [18].


/s/

SCOTT O. WRIGHT
Senior United States District Judge


Dated: July 25, 2006
Kansas City, Missouri